IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 23-38-M-DWM-2 |
| Plaintiff, | |
| vs. | ORDER |
| BEAU JAMES BRENEMAN, | |
| Defendant. | |

On November 30, 2023 United States Magistrate Judge Kathleen L. DeSoto

entered Findings & Recommendation Concerning Plea with respect to the

disposition of the change of plea hearing for Beau James Breneman held on the

same day.  (Doc. 72.)   Breneman is charged with one count of conspiracy to

distribute controlled substances, in violation of 21 U.S.C. § 846 (Count I) and one

count of possession with intent to distribute controlled substances, in violation of

21 U.S.C. § 841(a)(1) (Count II).  (Doc. 1.)  Judge DeSoto recommends that this

Court accept Breneman's guilty plea as to Count II after Breneman appeared

before her pursuant to Federal Rule of Criminal Procedure 11.  Judge DeSoto

further recommends that Count I of the Indictment be dismissed.

Neither party has filed objections.  Failure to object waives the right to

review.  Fed. R. Crim. P. 59(b)(2).  But consistent with the Court's "full authority"

to review the Findings and Recommendations under any standard it deems

appropriate, *Thomas v. Arn*, 474 U.S. 140, 154 (1958), the Court reviews for clear

error.  Clear error exists if the Court is left with a "definite and firm conviction that

a mistake has been committed." *United States v. Syrax*, 235 F.3d 422, 427 (9th

Cir. 2000).  Finding no clear error in Judge DeSoto's Findings and

Recommendation and adopts them in full, including the recommendation to defer

acceptance of the Plea Agreement until sentencing when the Court will have

reviewed the Plea Agreement and Presentence Investigation Report.  (*See* Doc.

72.)

Accordingly, IT IS ORDERED that Judge DeSoto's Findings and

Recommendation (Doc. 72) is ADOPTED in full.

IT IS FURTHER ORDERED that Beau James Breneman's motion to

change plea (Doc. 56) is GRANTED.

IT IS FURTHER ORDERED that Beau James Breneman is adjudged guilty

as charged in Count II of the Indictment.

DATED this 15th day of December, 2023.

_____
Donald W. Molloy, District Judge
United States District Court